Charles K. Buckels, appellee, v. Arcole Construction Company and Jack Fitzgerald, appellants. Gen. No. 39,249.

Opinion filed April 5, 1937. Rehearing denied April 19, 1937.

Cassels, Potter & Bentley, for appellants; Ralph F. Potter, Leslie H. Vogel, Richard H. Merrick and Horace G. Marshall, of counsel. Root & Miller, Paul B. Fischer and Kellam Foster, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

Catherine Schultz, appellant, v. The Live Stock National Bank of Chicago, administrator of the estate of Max Grabo, deceased, appellee. Gen. No. 39,280.

Opinion filed April 5, 1937.

John A. Bloomingston, for appellant. Barrett, Barrett, Costello & Barrett, for appellee; Chester D. Kern, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

Newman-Rudolph Lithographing Company, appellant, v. Shepard & Lawrence, Inc., and Child Development Foundation, Inc., appellees. Gen. No. 39,304.

Opinion filed April 5, 1937.

Winston, Strawn & Shaw, for appellant; George T. Evans and Gerard E. Grashorn, of counsel. Osborne, Kline & McGurren, for appellees; Wilson L. Kline, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.